IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

ORLANDO ALBERTO NIGHTENGALE SR.           CASE NO.    17-10418-AJC

                                                                                        CHAPTER    13

          Debtor.
_____/

**OBJECTION TO CONFIRMATION OF PLAN**

      Creditor, Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2, objects to Debtor's Plan and states:

      1.     Creditor holds a secured claim by virtue of its note and mortgage on the property located at 531 NW 195th Terrace, Miami, Florida 33169.

      2.     Creditor intends to timely file a Proof of Claim ("Claim").

      3.     Creditor anticipates its Claim will reflect a total secured claim in the amount of approximately $346,750.30 along with $50,391.92 in pre-petition arrearage.

      4.     Debtor's Plan indicates an intention to mediate through the Loss Mitigation Mediation Program; however, as of the date of this objection a motion for Loss Mitigation Mediation has not been filed.

      5.     Creditor has the right to inquire further into the Debtor's ability to be eligible for a loan modification either before or during the mediation process.

      6.     If a mediation is had and results in an impasse or denial of the modification, Creditor's claim should be paid in full or the property surrendered.

      7.     Moreover, Debtor's Plan should account for future taxes and insurance during the

pendency of the potential mediation.

8. Creditor reserves the right to supplement this Objection, as necessary.

**WHEREFORE**, Creditor respectfully requests the Court sustain its Objection and for such other and further relief as the Court deems appropriate.

Dated: March 20, 2017

                                     */s/ Austin M. Noel*  
                                     Austin M. Noel, Esquire

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by CM/ECF notice to the parties below this <u>20th</u> day of <u>March,</u> <u>2017</u>.

                                      **BUCKLEY MADOLE, P.C.**

*/s/ Austin M. Noel*
Austin M. Noel, Esquire
Florida Bar Number 106539
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622
Telephone/Fax: 813-774-6221
bkfl@buckleymadole.com

**VIA CM/ECF NOTICE**
Orlando Alberto Nightengale SR.
c/o Debtor's Counsel

Ricardo Corona, Esq.
3899 NW 7 Street, Second Floor
Miami, FL 33126

**Chapter 13 Trustee**
Nancy K. Neidich
POB 279806
Miramar, Florida 33027

**U.S. Trustee**
Office of U.S. Trustee
51 S.W. First Avenue Ste. 1204
Miami, Florida 33130